BENJAMIN B. WAGNER
United States Attorney
DAVID STEVENS
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2811

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 2:11-mj-00196 EFB |
| Plaintiff, | ) | ORDER DISMISSING VIOLATION NOTICE 0895479 |
| v. | ) | |
| ARTURO ARROYO, | ) | |
| Defendant. | ) | Judge: Hon. Edmund F. Brennan |

It is Hereby Ordered that the plaintiff United States of America's motion to dismiss the Violation Notice issued February 16, 1011, is GRANTED.  The superseding Information filed on July 11, 2011, shall remain in effect.

The Clerk is directed to serve a copy of this order on the Central Violations Bureau.

IT IS SO ORDERED.

Dated: July 20, 2011

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1