```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JILL THOMAS
    Assistant U.S. Attorney
 3  MICHELLE PRINCE
    Assistant U.S. Attorney
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-mj-00196 EFB |
| ) | |
| Plaintiff, ) | ORDER REGARDING |
| ) | GOVERNMENT'S MOTION TO DISMISS |
| v. ) | |
| ) | |
| ARTURO ARROYO, ) | DATE: August 9, 2011 |
| ) | TIME: 1:30 p.m. |
| Defendant. ) | JUDGE: Edmund F. Brennan |

It is Hereby Ordered that the plaintiff United States of America's Motion to Dismiss case number 2:11-mj-00196 EFB is GRANTED.

IT IS SO ORDERED.

Dated: August 5, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE